UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHESTER WOLFE, *et al.*, | : | Case No. 3:09-cv-480 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| SMITH & WESSON HOLDING CORP., | : | |
| Defendant. | : | |

**CONDITIONAL ORDER OF DISMISSAL**

The Court having been advised by the parties that this civil action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.


Date:  September 16, 2011                    s/ Timothy S. Black
                                             Timothy S. Black
                                             United States District Judge